> ACKNOWLEDGED. Case is dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 7/03/2025

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### EVANSVILLE DIVISION

| | |
|---|---|
| In re:<br>MICHAEL EDWARD BOYD,<br>　　　　　Debtor.<br>R. STEPHEN LAPLANTE, Chapter 7 Trustee,<br>　　　　　Plaintiff,<br>v.<br>MICHAEL EDWARD BOYD; ANDREW BOYD; MAEGAN BOYD; ROADRUNNER GROUP LLC; BOYD AND COMPANY LOGISTICS LLC; BOYD AND COMPANY, LLC; AND FSA ENERGY SERVICES, LLC,<br>　　　　　Defendants. | Case No.: 21-70320-AKM-7<br>Adversary Case No. 22-57015<br><br><br><br>Case No. 3:23-cv-0047-RLY-CSW |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, R. Stephen LaPlante, in his capacity as chapter 7 trustee of the estate of Michael E. Boyd (the "Trustee"), Andrew Boyd, Boyd and Company, LLC, Boyd and Company Logistics, LLC, FSA Energy Services, LLC and Roadrunner Group LLC (collectively, the "Entity Defendants"), Maegan Boyd, and Michael Boyd (the "Debtor"), by and through their respective counsel, pursuant to the parties' settlement agreement ("Settlement Agreement") that was approved by the Court's order pursuant Bankruptcy Rule 9019 (Doc. 79), hereby agree as follows:

(i)　　The Trustee, Entity Defendants and the Debtor, and each of them, hereby stipulate to the dismissal of the above-referenced case, with prejudice, with each party to bear its own costs, attorney's fees, and other expenses; and

(ii)　　The Trustee, Entity Defendants and the Debtor, and each of them, hereby stipulate that upon dismissal, if any party to the Settlement Agreement is required to enforce the Settlement Agreement, the Defendants consent to the jurisdiction of the United States Bankruptcy Court for the Southern District of Indiana ("Bankruptcy Court"); *provided,*